JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRILEE SWEENEY, | Case No. SA CV 16-0782 FMO (SSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE WOLF FIRM, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 5th day of August, 2016.

/s/
Fernando M. Olguin
United States District Judge